# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **CINDY LEE NEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-00114 |
| | ) | Reeves/Steger |
| **WILLIAM JAMES DEMOSS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND JUDGMENT ORDER

This matter is before the court on the Report and Recommendation filed by United States Magistrate Judge, Christopher H. Steger [R. 13]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's complaint fails to state a claim for which relief can be granted and the application to proceed *in forma pauperis* be denied as moot.

Accordingly, the court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling

that plaintiff's application to proceed *in forma pauperis* [R. 1] is **DENIED**. **IT IS FURTHER ORDERED** that the complaint [R. 2] is **DISMISSED** for failure to state a claim for which relief can be granted.

The Clerk is **DIRECTED** to close the case.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**